IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  05-3187 |
| CAMPBELL'S EXCAVATING, INC., | ) ) | |
| Defendant. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, Campbell's Excavating, Inc., and that the Defendant has failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, Campbell's Excavating, Inc., as follows:

A.      Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liabilities, liquidated damages and report form shortages

1

due and owing for the period from May 1, 2001 through March 31, 2004, in the total amount of $4,853.04, plus any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered;

    B.    Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

    C.    Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $1,357.50, as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the trust agreements; and

    D.    Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:  December 12, 2005.

    FOR THE COURT:

                                      s/ Jeanne E. Scott
                                      JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE